**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6575**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEVEN DESMOND PETERSON,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Fayetteville.  Malcolm J. Howard, District Judge.  (CR-94-46-3-H)

---

Submitted:  August 23, 2001          Decided:  August 30, 2001

---

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Steven Desmond Peterson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Peterson appeals from the district court's order denying his motion for production of transcripts at government expense. Our review of the record and the district court's opinion discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  United States v. Peterson, No. CR-94-46-3-H (E.D.N.C. Feb. 7, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2